FILED

OCT 23 2012

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| JOHN F. LANCE, | ) | CV 12-82-M-DLC |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOHN D. LARSON, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on July 19, 2012, finding that the Court does not have coram nobis or coram vobis jurisdiction to implement appellate review of state prisoners' convictions or sentences and recommending that the Petition be dismissed. Petitioner John F. Lance filed numerous responses, which are construed as objections to Judge Lynch's Findings and Recommendation. Lance is entitled to de novo review of the specified findings and recommendations to which he objects. 28 U.S.C. § 636(b)(1).

Lance concedes that the Court lacks jurisdiction to consider the petition as it was originally filed (doc. 10 at 1) and asks the Court to recharacterize his petition as a habeas action (doc. 11 at 2). He then appears to request that his original

petition be refiled with the United States Supreme Court. (Doc. 12 at 3.) It is not within this Court's power to transfer a petition to the Supreme Court. However, Lance will be permitted to file a petition for writ of habeas corpus. Because Lance indicates that he has not received his mail in a timely fashion, he will be given four weeks in which to file the petition if he chooses to do so.

IT IS HEREBY ORDERED that the Findings and Recommendation (doc. 7) are adopted in part. Ruling on the recommendation for dismissal is RESERVED pending Lance's decision whether to file a petition for writ of habeas corpus.

IT IS FURTHER ORDERED that Lance may file a Petition for Writ of Habeas Corpus no later than November 23, 2012. If Lance chooses to file a habeas petition, he must use the Court's form enclosed with this Order. If Lance does not timely file a habeas petition, the Clerk will enter a judgment of dismissal and this action will be closed.

IT IS FURTHER ORDERED that the Clerk shall include the Court's standard habeas form with Lance's service copy of this Order.

Dated this 23rd day of October 2012.

*Dana L. Christensen*, District Judge
United States District Court